# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARGARET LAGERGREN,                           Civil File No. 10-2060-JWL-GLR

    Plaintiff,

vs.                                          **STIPULATION OF DISMISSAL**
                                                                          **WITH PREJUDICE**

CLIENT SERVICES, INC.,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Margaret Lagergren, and the defendant, Client Services, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                           Respectfully submitted,

Dated: <u>May 12, 2010</u>                    By <u>/s/J. Mark Meinhardt</u>
                                                                           J. Mark Meinhardt
                                                                           4707 College Boulevard, Suite 100
                                                                           Leawood, KS  66211
                                                                           (913) 451-9797
                                                                           (913) 451-6163 (fax)
                                                                           ATTORNEY FOR PLAINTIFF

Dated: <u>May 12, 2010</u>                    By <u>/s/Justice B. King</u>
                                                                           Justice B. King
                                                                          Fisher Patterson Sayler & Smith LLP
                                                                          3550 SW 5th Street
                                                                          PO Box 949
                                                                          Topeka, KS 66601-0949
                                                                          (785) 232-7761
                                                                          (785) 232-6604 (fax)
                                                                          ATTORNEY FOR DEFENDANT